# EXHIBIT A

Declarations of Next Friends Christina Pallas, Karen Glover, and Lydia Pina Luna

ZACHARY LINOWITZ, ESQ. (State Bar No. 287368)
LINOWITZ LAW
1300 Clay Street, Suite 600
Oakland, CA 94612
Phone: 510-519-1401
zachary@linowitzlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

I.P.C., a Minor, through her Mother and Next Friend Christina Pallas, Individually and as Successor in Interest to JOSE JAVIER PINA CARDENAS, Deceased,

Plaintiff,

vs.

COUNTY OF ALAMEDA, a public entity; and DOE CUSTODIAL STAFF 1-50,

Defendants.

Case No. 4:25-cv-4127

**DECLARATION OF NEXT FRIEND CHRISTINA PALLAS**

I, CHRISTINA PALLAS, declare as follows:

1. I am the biological mother of ISABELLA PINA CARDENAS, a minor and the biological daughter of the decedent, JOSE JAVIER PINA CARDENAS.

2. I make this declaration to confirm that I am acting as Isabella's next friend for purposes of initiating and pursuing this civil action under federal law, including 42 U.S.C. § 1983, Title II of the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act.

3. I am competent to understand and assist with this litigation. I have a close and continuous relationship with Isabella and am acting in her best interests.

4. To my knowledge, no guardian ad litem or legal representative has been appointed for Isabella by any court. I therefore act as her next friend under Federal Rule of Civil Procedure 17(c)(2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 05/07/2025, at Oakland, California.

Christina Pallas (May 7, 2025 18:13 PDT)

CHRISTINA PALLAS
Declarant

ZACHARY LINOWITZ, ESQ. (State Bar No. 287368)
LINOWITZ LAW
1300 Clay Street, Suite 600
Oakland, CA 94612
Phone: 510-519-1401
zachary@linowitzlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

I.P.C., a Minor, through her Mother and Next Friend Christina Pallas, Individually and as Successor in Interest to JOSE JAVIER PINA CARDENAS, Deceased,

Plaintiff,

vs.

COUNTY OF ALAMEDA, a public entity; and DOE CUSTODIAL STAFF 1-50,

Defendants.

3:25-cv-04127-CRB

**DECLARATION OF KAREN GLOVER**

I, KAREN GLOVER, declare as follows:

1. I am the court-appointed guardian of A.G.C., P.C., and S.C., who are minor biological children of the decedent, JOSE JAVIER PINA CARDENAS.

2. I make this declaration to confirm that I am acting as duly appointed legal guardian to A.G.C., P.C., and S.C., for purposes of initiating and pursuing this civil action under federal law, including 42 U.S.C. § 1983, Title II of the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act.

3. I am competent to understand and assist with this litigation. I have a close and continuous relationship with A.G.C., P.C., and S.C. and I am acting in their best interests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10/01/2025 2025, at Sacramento, California.

Karen Glover
Karen Glover (Oct 1, 2025 15:05:44 PDT)

KAREN GLOVER
Declarant

ZACHARY LINOWITZ, ESQ. (State Bar No. 287368)
LINOWITZ LAW
1300 Clay Street, Suite 600
Oakland, CA 94612
Phone: 510-519-1401
zachary@linowitzlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.P.C., a Minor, through her Mother and Next Friend Christina Pallas, Individually and as Successor in Interest to JOSE JAVIER PINA CARDENAS, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity; and DOE CUSTODIAL STAFF 1-50,<br><br>Defendants. | 3:25-cv-04127-CRB<br><br>**DECLARATION OF LYDIA PINA LUNA** |

I, LYDIA PINA LUNA, declare as follows:

1. I am the legal guardian of A.P.C., who is the minor biological daughter of the decedent, JOSE JAVIER PINA CARDENAS.

2. I make this declaration to confirm that I am acting as duly appointed legal guardian to A.P.C. for purposes of initiating and pursuing this civil action under federal law, including 42 U.S.C. § 1983, Title II of the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act.

3. I am competent to understand and assist with this litigation. I have a close and continuous relationship with A.P.C. and I am acting in her best interests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10/01/2025 2025, at Oakland, California.

Lydia Pina Luna (Oct 1, 2025 14:04:46 PDT)

LYDIA PINA LUNA
Declarant

# EXHIBIT B

Declaration of Successor in Interest
(Cal. Code of Civil Procedure § 377.32)
and Spousal Waiver

ZACHARY LINOWITZ, ESQ. (State Bar No. 287368)
LINOWITZ LAW
1300 Clay Street, Suite 600
Oakland, CA 94612
Phone: 510-519-1401
zachary@linowitzlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

I.P.C., a Minor, through her Mother and Next Friend Christina Pallas, Individually and as Successor in Interest to JOSE JAVIER PINA CARDENAS, Deceased,

Plaintiff,

vs.

COUNTY OF ALAMEDA, a public entity; and DOE CUSTODIAL STAFF 1-50,

Defendants.

Case No. 4:25-cv-4127

**DECLARATION OF SUCCESSOR IN INTEREST (CALIFORNIA CODE OF CIVIL PROCEDURE § 377.32)**

I, CHRISTINA PALLAS, declare as follows:

1. I am the biological mother and next friend of ISABELLA PINA CARDENAS, a minor and the biological daughter of the decedent, JOSE JAVIER PINA CARDENAS.

2. This declaration is submitted pursuant to California Code of Civil Procedure § 377.32 to establish that ISABELLA PINA CARDENAS is a proper successor in interest to the decedent for purposes of asserting survival claims under federal law, including 42 U.S.C. § 1983, the Americans with Disabilities Act, and the Rehabilitation Act.

3. To my knowledge, the decedent is also survived by four additional minor children. Their biological mother is BLOSSOM GLOVER, who was legally married to the decedent at the time of his death but had been long estranged from him. Ms. Glover has executed a waiver, attached hereto, stating that she does not intend to act as successor in interest and does not object to Isabella proceeding in that role.

4. No proceeding is now pending in California for the administration of the decedent's estate, and to my knowledge, no person has filed or asserted a petition, probate action, or legal claim on behalf of the decedent's estate.

5. I make this declaration in good faith and to enable Isabella Pina Cardenas, through me as her next friend, to pursue claims that survive the death of the decedent under applicable law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 05/07/2025, at Oakland, California.

Christina Pallas (May 7, 2025 18:05 PDT)

CHRISTINA PALLAS
Declarant

**DECLARATION OF NON-OBJECTION AND CONSENT TO SUCCESSOR IN INTEREST PROCEEDING**

(*California Code of Civil Procedure § 377.32*)

**I, Blossom Glover, declare:**

1. I was married to Jose Javier Pina Cardenas at the time of his death on June 7, 2022.
2. Although we remained legally married, we had been separated and living apart for nearly 10 years before his death.
3. I understand that Isabella Pina Cardenas, the biological daughter of the decedent, through her mother Christina Pallas, seeks to file a legal complaint on behalf of the decedent related to his death.
4. I do not object to Isabella Pina Cardenas, through her mother Christina Pallas, acting as the successor in interest for the purpose of pursuing any claims the decedent may have had prior to his passing.
5. I am making this declaration voluntarily and without relinquishing any personal rights I may have as the surviving spouse under other laws.
6. I have not filed, and do not intend to file, any petition to administer the estate of Jose Javier Pina Cardenas, nor do I intend to bring any independent legal claim based on his death.
7. I respectfully consent to the minor child proceeding as successor in interest in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 04/30/25 at Oakland CA.
Date City, State

Signature: Blossom O Titiana Glover
**BLOSSOM GLOVER**

# **EXHIBIT C**

Certificate of Death

CERTIFICATION OF VITAL RECORD

OFFICE OF CLERK-RECORDER

# COUNTY OF ALAMEDA

OAKLAND, CALIFORNIA

## CERTIFICATE OF DEATH

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052022139640

LOCAL REGISTRATION NUMBER: 3202201004812

**DECEDENT'S PERSONAL DATA**

| Field | Entry |
|---|---|
| 1. NAME OF DECEDENT– FIRST (Given) | JOSE |
| 2. MIDDLE | JAVIER |
| 3. LAST (Family) | PINA-CARDENAS |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | 05/22/1991 |
| 5. AGE Yrs. | 31 |
| IF UNDER ONE YEAR (Months / Days) | |
| IF UNDER 24 HOURS (Hours / Minutes) | |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | UNK |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | [ ] YES [ ] NO [X] UNK |
| 12. MARITAL STATUS/SRDP* (at Time of Death) | UNKNOWN |
| 7. DATE OF DEATH mm/dd/ccyy | 06/07/2022 |
| 8. HOUR (24 Hours) | 1502 |
| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | UNKNOWN |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) | [X] YES UNKNOWN [ ] NO |
| 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) | OTHER HISPANIC |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | UNKNOWN |
| 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | UNKNOWN |
| 19. YEARS IN OCCUPATION | UNK |

1 of 4

**USUAL RESIDENCE**

| Field | Entry |
|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | UNK |
| 21. CITY | UNK |
| 22. COUNTY/PROVINCE | UNK |
| 23. ZIP CODE | UNK |
| 24. YEARS IN COUNTY | UNK |
| 25. STATE/FOREIGN COUNTRY | UNK |

**INFORMANT**

| Field | Entry |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | ACSO CORONER'S BUREAU, PENDING |
| 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) | 2901 PERALTA OAKS COURT, OAKLAND, CA 94605 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Entry |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP*–FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF FATHER/PARENT–FIRST | UNKNOWN |
| 32. MIDDLE | UNKNOWN |
| 33. LAST | UNKNOWN |
| 34. BIRTH STATE | UNK |
| 35. NAME OF MOTHER/PARENT–FIRST | UNKNOWN |
| 36. MIDDLE | UNKNOWN |
| 37. LAST (BIRTH NAME) | UNKNOWN |
| 38. BIRTH STATE | UNK |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Entry |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | - |
| 40. PLACE OF FINAL DISPOSITION | ACSO CORONER'S BUREAU, 2901 PERALTA OAKS COURT, OAKLAND, CA 94605 |
| 41. TYPE OF DISPOSITION(S) | PENDING CORONER INVESTIGATION |
| 42. SIGNATURE OF EMBALMER | [redacted] |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | ACSO CORONER'S BUREAU |
| 45. LICENSE NUMBER | NONE |
| 46. SIGNATURE OF LOCAL REGISTRAR | [redacted] |
| 47. DATE mm/dd/ccyy | 06/15/2022 |

**PLACE OF DEATH**

| Field | Entry |
|---|---|
| 101. PLACE OF DEATH | STANFORD HEALTH CARE - VALLEYCARE |
| 102. IF HOSPITAL, SPECIFY ONE | [X] IP [ ] ER/OP [ ] DOA |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [ ] Other |
| 104. COUNTY | ALAMEDA |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 5555 W LAS POSITAS BOULEVARD |
| 106. CITY | PLEASANTON |

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events --- diseases, injuries, or complications --- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| Line | Cause | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | CAUSE UNDER INVESTIGATION | (AT) INVS |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | | (BT) |
| (C) | | (CT) |
| (D) | | (DT) |

INFORMATIONAL - NOT A VALID DOCUMENT TO ESTABLISH IDENTITY

| Field | Entry |
|---|---|
| 108. DEATH REPORTED TO CORONER? | [X] YES [ ] NO — REFERRAL NUMBER 2022-02378 |
| 109. BIOPSY PERFORMED? | [ ] YES [X] NO |
| 110. AUTOPSY PERFORMED? | [X] YES [ ] NO |
| 111. USED IN DETERMINING CAUSE? | [X] YES [ ] NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | - |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | NO |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | [ ] YES [X] NO [ ] UNK |

**PHYSICIAN'S CERTIFICATION**

| Field | Entry |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. (A) Decedent Attended Since mm/dd/ccyy; (B) Decedent Last Seen Alive mm/dd/ccyy | |
| 115. SIGNATURE AND TITLE OF CERTIFIER | [redacted] |
| 116. LICENSE NUMBER | |
| 117. DATE mm/dd/ccyy | |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

**CORONER'S USE ONLY**

| Field | Entry |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [X] Pending Investigation [ ] Could not be determined |
| 120. INJURED AT WORK? | [ ] YES [ ] NO [ ] UNK |
| 121. INJURY DATE mm/dd/ccyy | |
| 122. HOUR (24 Hours) | |
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | [redacted] |
| 127. DATE mm/dd/ccyy | 06/14/2022 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | NEIL GONZALGO, DEP CORONER |

STATE REGISTRAR: A | B | C | D | E | FAX AUTH.# | CENSUS TRACT

000598797

CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Clerk-Recorder.

*000598797*

DATE ISSUED MAY 13 2025

Melissa Wilk
Melissa Wilk
COUNTY CLERK-RECORDER




This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CERTIFICATION OF VITAL RECORD

OFFICE OF CLERK-RECORDER

# COUNTY OF ALAMEDA

OAKLAND, CALIFORNIA

## AFFIDAVIT TO AMEND A RECORD

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

3052022139640 — STATE FILE NUMBER 1.1

3202201004812 — LOCAL REGISTRATION NUMBER

☐ BIRTH ☒ DEATH ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| JOSE | JAVIER | PINA-CARDENAS |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 06/07/2022 | PLEASANTON | ALAMEDA |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNKNOWN UNKNOWN UNKNOWN | UNKNOWN UNKNOWN UNKNOWN |

### PART II STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| AKA | | JOSE JAVIER CARDENAS |
| 9 | UNK | CA |
| 10 | UNK | 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 |
| 11 | U | N |
| 12 | UNKNOWN | MARRIED |
| 13 | UNKNOWN | 08 |
| 15 | UNKNOWN | MEXICAN |
| 16 | OTHER HISPANIC | MEXICAN |
| 17 | UNKNOWN | CONTRUCTION AIDE |
| 18 | UNKNOWN | CONSTRUCTION |
| 19 | UNK | 2 |
| 20 | UNK | 1900 21ST AVE |
| 21 | UNK | OAKLAND |
| 22 | UNK | ALAMEDA |
| 23 | UNK | 94606 |
| 24 | UNK | 20 |
| 25 | UNK | CA |
| 26 | ACSO CORONER'S BUREAU, PENDING | LYDIA PINA LUNA, MOTHER |
| 27 | 2901 PERALTA OAKS COURT, OAKLAND, CA 94605 | 1900 21ST AVENUE, OAKLAND, CA 94606 |
| 28 | - | BLOSSOM |
| 30 | - | GLOVER |

2 of 4

REASON FOR CORRECTION: 11. NOT CREMATED YET, TO ADD VITAL STATISTICS TO THE RECORD

AFFIDAVITS AND SIGNATURES — TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| [redacted] | LAZARO SANTIAGO RIVERO | FUNERAL HOME STAFF LEVEL |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 1094 YERBA BUENA AVENUE, EMERYVILLE, CA 94608 | 07/26/2022 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| [redacted] | FRANCISCO J RIVERO | FUNERAL HOME STAFF LEVEL |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 2100 FOLSOM STREET, SAN FRANCISCO, CA 94110 | 07/26/2022 |

| STATE/LOCAL REGISTRAR USE ONLY — 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| [redacted] | 07/28/2022 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS — FORM VS 24e (REV. 1/08)




000598795

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Clerk-Recorder.



*000598795*

DATE ISSUED MAY 13 2025

Melissa Wilk
COUNTY CLERK-RECORDER




This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

OFFICE OF CLERK-RECORDER
# COUNTY OF ALAMEDA
OAKLAND, CALIFORNIA

## AFFIDAVIT TO AMEND A RECORD

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052022139640 — 1.2

LOCAL REGISTRATION NUMBER: 3202201004812

☐ BIRTH ☒ DEATH ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| JOSE | JAVIER | PINA-CARDENAS |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 06/07/2022 | PLEASANTON | ALAMEDA |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNKNOWN UNKNOWN UNKNOWN | UNKNOWN UNKNOWN UNKNOWN |

### PART II STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 31 | UNKNOWN | NICHOLAS |
| 32 | UNKNOWN | TORRES |
| 33 | UNKNOWN | CARDENAS |
| 34 | UNK | CDMX, MX |
| 35 | UNKNOWN | LYDIA |
| 36 | UNKNOWN | - |
| 37 | UNKNOWN | PINA LUNA |
| 38 | UNK | COAH, MX |
| 39 | - | 07/22/2022 |
| 40 | ACSO CORONER'S BUREAU 2901 PERALTA OAKS COURT, OAKLAND, CA 94605 | NORTHERN STAR MORTUARY 5029 LEAVENWORTH ROAD, KANSAS CITY, KS 66104 |
| 41 | PENDING CORONER INVESTIGATION | TRANSIT |
| 44 | ACSO CORONER'S BUREAU | PACIFIC INTERMENT SERVICE INC. |
| 45 | NONE | FD1506 |

3 of 4

INFORMATIONAL - NOT A VALID DOCUMENT TO ESTABLISH IDENTITY

REASON FOR CORRECTION: 11. NOT CREMATED YET, TO ADD VITAL STATISTICS TO THE RECORD

AFFIDAVITS AND SIGNATURES — TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

**We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.**

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| [redacted] | LAZARO SANTIAGO RIVERO | FUNERAL HOME STAFF LEVEL |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 1094 YERBA BUENA AVENUE, EMERYVILLE, CA 94608 | 07/26/2022 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| [redacted] | FRANCISCO J RIVERO | FUNERAL HOME STAFF LEVEL |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 2100 FOLSOM STREET, SAN FRANCISCO, CA 94110 | 07/26/2022 |

STATE/LOCAL REGISTRAR USE ONLY

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| [redacted] | 07/28/2022 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS — FORM VS 24e (REV. 1/08)

1.2



000598794 **CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Clerk-Recorder.

*000598794*

DATE ISSUED MAY 13 2025

Melissa Wilk
COUNTY CLERK-RECORDER




This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

OFFICE OF CLERK-RECORDER

# COUNTY OF ALAMEDA

OAKLAND, CALIFORNIA

## PHYSICIAN/CORONER'S AMENDMENT

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052022139640 — 2.1

LOCAL REGISTRATION NUMBER: 3202201004812

☐ BIRTH ☒ DEATH ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

**PART I INFORMATION TO LOCATE RECORD**

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| JOSE | JAVIER | PINA-CARDENAS | M |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 06/07/2022 | PLEASANTON | ALAMEDA |

**PART II STATEMENT OF CORRECTIONS**

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | CAUSE UNDER INVESTIGATION | COMPLICATIONS OF ALCOHOL WITHDRAWAL |
| 107AT | INVS | UNK |
| 112 | - | HEPATIC CIRRHOSIS, CARDIOMEGALY, MORBID OBESITY |
| 119 | PENDING INVESTIGATION | NATURAL |

4 of 7

INFORMATIONAL - NOT A VALID DOCUMENT TO ESTABLISH IDENTITY

DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| [redacted] | 08/02/2022 | DONALD R HEARD, DEP CORONER, |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 2901 PERALTA OAKS CT. | OAKLAND | CA | 94605 |

STATE/LOCAL REGISTRAR USE ONLY

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| [redacted] | 08/03/2022 |

000598796

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Clerk-Recorder.



*000598796*

DATE ISSUED MAY 13 2025

Melissa Wilk
COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT D

CPRA Request 6/2/2022




She led. So can you.

Thursday June 2, 2022

Gregory J. Ahern, Sheriff of Alameda County
1401 Lakeside Dr., 7th Floor
Oakland CA 94612
**Attn: Judy Mulder, Public Records Request**
jmulder@acgov.org
**Cynthia Wilson, Public Records Request**
cwilson@acgov.org

Alameda County Sheriff's Department
Warrants, Records, and Crime Analysis Unit
2000 150th Avenue
San Leandro, CA 94578

**Attn: Public Records Request**

**Re:** ***Request for Public Records Pursuant to California Public Records Act, Gov't Code §§ 6250 et seq., California Penal Code §§832.7-832.8, and Cal. Const. Art. I, § 3(b)***

To Whom It May Concern:

Pursuant to the California Public Records Act, Cal. Gov. Code §§6250 *et seq.* and Cal. Gov. Code 832.7, **I am requesting all records related to Mr. Jose Javier Pina Cardenas [D.O.B 05/22/1991 ].** Mr. Cardenas was recently arrested in Alameda County and taken into the custody of Santa Rita Jail, shortly after (for unknown reasons), Mr. Cardenas was transported from Santa Rita Jail to a nearby hospital. I am requesting all recordings, documents, and incident reports related to Mr. Jose Javier Pina Cardenas, between the dates on May 1st, 2022 - to June 2, 2022.

**In accordance with California law, please provide the following records prepared, owned, used or retained by the Alameda County Sheriff's Office ("ACSO") relating to Mr. Jose Javier Pina Cardenas; unless otherwise stated, all records requested are between the dates on May 1,2022 - June 2, 2022. I am requesting:**

1. all investigative and/or incident reports;






2. all photographic, audio, and video evidence, including body cam footage of any incident involving Mr. Cardenas
3. all transcripts or recordings of interviews involving Mr. Cardenas; this includes emergency medical response transcripts

If you deny this request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial.

Thank you for your time.

**I. Requests for Records**

We recognize that in some departments, older records may be stored in different recordkeeping systems that may require more time and effort to retrieve. If this is the case with your agency, we are happy to discuss particular obstacles or concerns and a process for retrieving records as efficiently as possible.

**II. Response Time**

Please respond to this request in ten (10) days, either by providing the requested information or providing a written response setting forth the specific legal authority on which you rely in failing to disclose each requested record, or by specifying a date in the near future to respond to the request. See Cal. Gov't Code § 6255. Pursuant to section 6253, please disclose all reasonably segregable non-exempt information from any portions of records you claim are exempt from disclosure.

If any records requested above are available in electronic format, please provide them in an electronic format, as provided in Govt. Code § 6253.9. To assist with the prompt release of responsive material, we ask that you make records available to us as you locate them, rather than waiting until all responsive records have been collected and copied.

We understand that this request may result in a significant number of responsive documents, and that you may have received a number of requests for similar documents from other requestors.

If for any reason some categories of documents responsive to a request are more readily disclosable and others more difficult — for example, if older records are in archival storage or stored in a different and harder-to-use system, or documents responsive to one request are not




She led. So can you.

as easily categorized for disclosure and would require more time-intensive searching than another — please contact us to discuss the obstacles to prompt disclosure so that we can work out a timeline, process, or refined selection criteria for documents that are more difficult to find or produce. We prefer to receive the documents on a rolling basis rather than all at once, particularly if a delay is anticipated with respect to disclosure of certain records.

If you would like to discuss these requests, please feel free to call me directly at 510-428-3939. Otherwise, **please send any correspondence or documents in electronic format via email to Jose@ellabakercenter.org** or correspondence or documents on CD-ROM or USB drive to:

**Att: Jose Bernal**
**The Ella Baker Center for Human Rights**
**1419 34th ave, Suite 202**
**Oakland, CA 94601**

Because this request is made on behalf of a nonprofit public interest organization, with the intent to make this material easily accessible to the family of Mr. Cardenas as promptly as possible, we request that you waive any fees. North Cty. Parents Ass'n v. Dep't of Ed., 23 Cal. App. 4th 144, 148 (1994); Cal. Gov. Code §6253(e).

Thank you in advance for providing the records we have requested. Please do not hesitate to contact us with any questions regarding this letter.

Best regards,

Jose Bernal, Director of Organizing

# EXHIBIT E

CPRA Request 3/20/2025




She led. So can you.

March 20, 2025

Yesenia Sanchez, Sheriff of Alameda County
1401 Lakeside Dr., 7th Floor
Oakland CA 94612
**Attn: Judy Mulder, Public Records Request**
jmulder@acgov.org
**Cynthia Wilson, Public Records Request**
cwilson@acgov.org

Alameda County Sheriff's Department
Warrants, Records, and Crime Analysis Unit
2000 150th Avenue
San Leandro, CA 94578

**Attn: Public Records Request**

**Re:** ***Request for Public Records Pursuant to California Public Records Act, Gov't Code §§ 6250 et seq., California Penal Code §§832.7-832.8, and Cal. Const. Art. I, § 3(b)***

To Whom It May Concern:

Pursuant to the California Public Records Act, Cal. Gov. Code §§6250 *et seq.* and Cal. Gov. Code 832.7, I request all records related to Jose Javier Pina Cardenas, D.O.B 05/22/1991. I am requesting all records, recordings, or documents between the dates of May 1st, 2022, to the present date. **I am particularly interested in receiving the body-worn camera footage of a critical incident involving the use of force on Mr. Cardenas at Santa Rita Jail, which occurred sometime between the dates of May 1, 2022 - May 30, 2022.**

In light of these facts and California law (SB 1421, AB 748), please provide the following records prepared, owned, used, or retained by the Alameda County Sheriff's Office ("ACSO") relating to Mr. Jose Javier Pina Cardenas.

1. **all photographic, audio, and video evidence, including body-worn camera footage of any interaction with Mr. Jose Javier Pina Cardenas between the dates of May 1, 2022 - May 30, 2022**




She led. So can you.

**2. All investigative report documents;**

**3. transcripts or recordings of interviews of ACSO deputies involved in any use of force incident involving Jose Javier Pina Cardenas;**

If you deny this request or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial.

Thank you for your time.

**I. Requests for Records**

We recognize that in some departments, older records may be stored in different recordkeeping systems that may require more time and effort to retrieve. If this is the case with your agency, we are happy to discuss particular obstacles or concerns and a process for retrieving records as efficiently as possible.

**II. Response Time**

Please respond to this request in ten (10) days, either by providing the requested information or providing a written response setting forth the specific legal authority on which you rely in failing to disclose each requested record, or by specifying a date in the near future to respond to the request. See Cal. Gov't Code § 6255. Pursuant to section 6253, please disclose all reasonably segregable non-exempt information from any portions of records you claim are exempt from disclosure.

If any records requested above are available in electronic format, please provide them in an electronic format, as provided in Govt. Code § 6253.9. To assist with the prompt release of responsive material, we ask that you make records available to us as you locate them, rather than waiting until all responsive records have been collected and copied.

We understand that this request may result in a significant number of responsive documents, and that you may have received a number of requests for similar documents from other requestors.

If for any reason some categories of documents responsive to a request are more readily disclosable and others more difficult — for example, if older records are in archival storage or stored in a different and harder-to-use system, or documents responsive to one request are not




She led. So can you.

as easily categorized for disclosure and would require more time-intensive searching than another — please contact us to discuss the obstacles to prompt disclosure so that we can work out a timeline, process, or refined selection criteria for documents that are more difficult to find or produce. We prefer to receive the documents on a rolling basis rather than all at once, particularly if a delay is anticipated with respect to disclosure of certain records.

Please send any correspondence or documents in electronic format via email to jose@ellabakercenter.org or correspondence or documents on CD-ROM or USB drive to:

Jose Bernal, Political Director
The Ella Baker Center for Human Rights
1419 34th ave, Suite 202
Oakland, CA 94601

Because this request is made on behalf of a nonprofit public interest organization, with the intent to make this material easily accessible to the family of Mr. Cardenas as promptly as possible, we request that you waive any fees. North Cty. Parents Ass'n v. Dep't of Ed., 23 Cal. App. 4th 144, 148 (1994); Cal. Gov. Code §6253(e).

Thank you in advance for providing the records we have requested. Please do not hesitate to contact us with any questions regarding this letter.

Best regards,

The Ella Baker Center for Human Rights
1419 34th ave, Suite 202
Oakland, CA 94601
office +1 (510) 428-3939
jose@ellabakercenter.org